# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 3, 2005

Before

Hon.  ANN CLAIRE WILLIAMS, Circuit Judge

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff-Appellee,<br><br>No. 03-2170    v.<br><br>REGINALD D. WILSON,<br>  Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Southern District of<br>] Illinois.<br>]<br>] No. 01 CR 30040<br>]<br>] Michael J. Reagan,<br>]  Judge. |

Upon consideration of the MOTION TO MODIFY COURT'S OPINION, filed on January 27, 2005, by counsel for the appellee,

IT IS ORDERED that the motion is GRANTED to the extent that the opinion will be modified as follows:

1) The first reference to James Porter on page 1005 of 390 F.3d 1003 will be deleted.  The third sentence of the first full paragraph on page 1005 of 390 F. 3d 1003 will now read: "Before filing the motion, Fleming had tried to bring the situation to the attention of the prosecutor (who also prosecuted Wilson's 1993 case), but Fleming never got through to the Assistant United States Attorney, who did not return Fleming's voice mails."  2)Every other time "Porter" appears in the opinion, "Porter" will be replaced with "the Assistant United States Attorney".